AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN BOAMPONG | ) | Case No. |
| | ) | 20-mj-6501-MPK |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 1, 2020__ in the county of __Suffolk__ in the District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Interfering with a law enforcement officer during the commission of a civil disorder. |
| 18 U.S.C. § 922(n) | Prohibited person under felony indictment in possession of a firearm and ammunition. |
| 18 U.S.C. § 111 | Assaulting a federal officer, through the use of a dangerous or deadly weapon. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Timothy R. Kenny

☑ Continued on the attached sheet.

/s/ Timothy R. Kenny

*Complainant's signature*

Timothy R. Kenny, FBI Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 07/30/2020

*Page Kelley*

*Judge's signature*

City and state: Boston, Massachusetts — Hon. M. Page Kelley, Chief U.S. Magistrate Judge

*Printed name and title*