**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI, BPD |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. | Case No. | |
| | Same Defendant | New Defendant X | |
| | Magistrate Judge Case Number | 20-mj-6501-MPK | |
| | Search Warrant Case Number | 20-mj-6420-MPK to -6425-MPK | |
| | R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name: John Boampong    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name:

Address: (City & State) Boston, MA

Birth date (Yr only): 1983    SSN (last4#): 6025    Sex: M    Race: Black    Nationality: USA

**Defense Counsel if known:**     Address:

**Bar Number**

**U.S. Attorney Information:**

AUSA: Scott L. Garland, John T. Dawley, Jr.    Bar Number if applicable: 650358, 683662

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect:

**Victims:** ☒ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** 06/01/2020

☐ Already in Federal Custody as of _____ in _____.
☒ Already in State Custody at SCSD - Nashua St    ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/30/2020    Signature of AUSA: /s/ Scott L. Garland

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     John Boampong

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 231(a)(3) | Interfering with a law enforcement officer during the commission of a civil disorder. | 1 |
| Set 2 | 18 U.S.C. § 922(n) | Prohibited person under felony indictment in possession of a firearm and ammunition | 2 |
| Set 3 | 18 U.S.C. § 111 | Assaulting a federal officer, through the use of a dangerous or deadly weapon. | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____